IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELEN KANE | : | CIVIL ACTION |
| v. | : | |
| PLATINUM HEALTHCARE, LLC, et al. | : | NO. 10-4390 |

FILED
JAN 2 5 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER RE: MOTION TO DISMISS

AND NOW, on this 25th day of January, 2011, upon careful consideration of Defendants Global Healthcare Fiscal Services Group, LLC and Global Healthcare Services Group Corporation's Motion to Dismiss Plaintiff's Complaint (ECF No. 9), it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss is GRANTED in part, and DENIED in part, in accordance with the accompanying Memorandum.

2. Count II shall be dismissed without prejudice.

3. If Plaintiff Helen Kane can allege sufficient facts, she may file an Amended Complaint within twenty-one (21) days.

4. Counts IV and V shall not be dismissed.

5. Defendant Global Healthcare Services Group Corporation shall not be dismissed.

BY THE COURT:

Michael M. Baylson, U.S.D.J

O:\CIVIL 09-10\10-4390 Kane v. Platinum\Kane - MTD order.wpd

cc: Jerominski / mail
Eisemann